19-182

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FILED
2021 SEP -8 PM 3:07

CASE NO. 6:21-cv-1478-RBD-GJK

SANDRA M. MARTY,

    Plaintiff,

v.

JETBLUE AIRWAYS CORPORATION, a
foreign corporation,

    Defendant.
_____/

## COMPLAINT

Plaintiff, SANDRA M. MARTY ("Plaintiff"), sues Defendant, JETBLUE AIRWAYS CORPORATION ("Defendant"), a foreign corporation, and alleges as follows:

1. This is an action for damages in excess of $75,000.00, exclusive of interest, costs, and attorney's fees.

2. This Court has jurisdiction pursuant to *28 USC § 1331*.

3. Plaintiff is a resident of Orange County, Florida, over the age of 21 years, and otherwise sui juris.

4. Defendant, JETBLUE AIRWAYS CORPORATION, is a foreign corporation which provides both domestic and international air travel as a common carrier.

5. This matter is subject to the rights and limitations of that certain treaty entitled The Convention for the Unification of Certain Rules for International Carriage by Air, commonly referred to as The Montreal Convention.

6. The United States is a signatory to The Montreal Convention.

7. Pursuant to Article 17 of The Montreal Convention, Defendant is strictly liable for the injuries of Plaintiff.

8. On/or about September 11, 2019, Plaintiff was a passenger on Defendant's aircraft on the return leg of an international trip between Orlando, Florida, and the Dominican Republic.

9. At the time of the incident, Plaintiff was 62 years of age. Due to an injury to her right leg, she could only walk with the assistance of a crutch.

10. After boarding the flight, the flight attendant took Plaintiff's crutch from her and stored it.

11. During the flight, there was a concern that the aircraft may be on fire, resulting in the aircraft making an emergency landing in the Bahamas.

12. After the emergency landing, the pilot's ordered an emergency evacuation. While Plaintiff waited for a flight attendant to retrieve her crutch and to assist her, someone lifted her from her seat and forcibly threw her down the emergency slide.

13. Due to Plaintiff's disabilities, she was unable to get up or walk and sustained personal injuries both from the manner in which she was thrown onto the emergency slide, and her impact with the ground at the bottom of the slide.

14. As a direct proximate result of the accident, Defendant is liable for all damages to which the Plaintiff is entitled including but not limited to:

    a. Bodily injury resulting in pain and suffering;

    b. Mental anguish;

    c. Loss of capacity for the enjoyment of life;

McDONALD & McDONALD, P. O. Box 669122, Miami, FL 33166-9428
TEL.: (305) 643-5313, FAX: (305) 643-4990; E-MAIL: dmm@mcdonaldattorneys.com

    d.    Loss of earning and/or loss of ability to earn money;

    e.    Expense of hospitalization, medical treatment and/or care which losses are either permanent or will continue; and/or

    d.    All damages available under applicable law.

WHEREFORE, Plaintiff, SANDRA M. MARTY, demands judgment against Defendant, JETBLUE AIRWAYS CORPORATION, for compensatory damages, costs, and such other relief as this Court deems equitable or just.

### DEMAND FOR JURY TRIAL

The Plaintiff demands trial by jury on all issues so triable.

Dated: September 2, 2021.

    McDONALD & McDONALD
    *Attys. for Plaintiff*
    P. O. Box 669122
    Miami, FL 33166
    305 643-5313
    305 643-4990 – fax
    dmm@mcdonaldattorneys.com

    By: */s/: David M. McDonald*
        David M. McDonald
        Fla. Bar No. 0844380

g:Apps\2019\19182\Complaint

3

McDONALD & McDONALD, P. O. Box 669122, Miami, FL 33166-9428
TEL.: (305) 643-5313, FAX: (305) 643-4990; E-MAIL: dmm@mcdonaldattorneys.com